826

No. 942. UNITED STATES *v.* POWELL ET AL., RECEIVERS. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General McGrath* for the United States. ■

No. 943. UNITED STATES *v.* ATLANTIC COAST LINE RAILROAD Co. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General McGrath* for the United States. *Thos. W. Davis* for respondent. ■

No. 994. CRANE *v.* COMMISSIONER OF INTERNAL REVENUE. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Edward S. Bentley* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Morton K. Rothschild* for respondent. ■

Nos. 997 and 998. EDWARD KATZINGER Co. *v.* CHICAGO METALLIC MFG. Co. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Charles J. Merriam* for petitioner. *Max W. Zabel* and *Ephraim Banning* for respondent.

No. 1116. PORTER, PRICE ADMINISTRATOR, *v.* LEE ET AL.; and
No. 1117. PORTER, PRICE ADMINISTRATOR, *v.* LEE ET AL. April 29, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.